UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No.: 15-md-2670 JLS (MDD)<br><br>ORDER ADMINISTRATIVELY CLOSING CASES AS TO DEFENDANT BUMBLE BEE FOODS LLC ONLY |

      This multidistrict litigation and its member cases (collectively "MDL") have been stayed as to Defendant Bumble Bee Foods LLC since its bankruptcy filing on November 21, 2019.  (*See In re: Bumble Bee Parent, Inc. et al.*, Case No. 19-12502-LSS (Bankr. D. Del.).)  No party to date has moved for relief from the automatic stay imposed by 11 U.S.C. § 362, and the duration of the stay is unknown.  (*See* ECF No. 2566.)

      Accordingly, the Clerk will administratively close this MDL and its member cases as to Defendant Bumble Bee Foods LLC.  No judgment will issue in connection with this administrative closure, and this order does not constitute a decision on the merits as to Bumble Bee Foods LLC.

/ / /

1 | Within 28 days after any change to the automatic stay's effect in this MDL, any party may notify this court and move to reopen as to Bumble Bee Foods LLC or for other appropriate relief.

This MDL will proceed as to the remaining parties.

IT IS SO ORDERED.

Dated: May 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge